# **CIVIL CAUSE FOR SHOW CAUSE HEARING**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** February 5, 2015
**TIME:** 11:00 to 11:10 (10 Mins.)

**DOCKET:** 15-CV-0456 (LDW)(GRB)
**TITLE:** Cablevision Systems Corp., et al v. Verizon Communications Inc., et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Saul Benjamin Shapiro, Esq.**
  - **Travis Jason Tu, Esq.**

- Defendant(s) represented by:
  - **Gregg F. LoCascio, Esq.**
  - **Robert L. Folks, Esq.**
  - **Jonathan D. Brightbill, Esq.**

- Court Reporter:   **Stephanie Picozzi**

- Courtroom Deputy:   Eric L. Russo

------------------------------------------------------------------

✓   Case called.

✓   Parties agree to a briefing/discovery schedule as outlined on the record.

✓   Parties' motion papers are to be filed, via ECF, on the date that opposition papers are due, **May 12, 2015**. Parties are reminded to provide this Court with courtesy copies of all papers filed.

✓   Preliminary Injunction Hearing is hereby set for **May 28, 2015 at 9:30 AM** in Courtroom 940 before Judge Leonard D. Wexler. Hard copies of Judge Wexler's trial rules given to all parties.

✓   Plaintiff's Motion for Preliminary Injunction (see docket entry [11]) and unsigned Order to Show Cause (see docket entry [10]) is withdrawn, without prejudice to be refiled in accordance with the agreed schedule.

✓   Proceedings concluded.