| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: GARY R. BROWN | DATE: 8/10/2015 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 1:30 p.m. |

CASE: **CV 15-456 () (GRB)** Cablevision Systems Corp. V. Verizon Communications Inc., et al.

TYPE OF CONFERENCE: Motion Argument for Temporary Restraining Order

APPEARANCES:   Plaintiff : Saul Shapiro, Travis Tu

   Defendant : Gregg LoCascio and Jonathan Brightbill

Court Reporter: Paul Lombardi/MaryAnn Steiger

## THE FOLLOWING RULINGS WERE MADE:

☐   Scheduling Order entered.

☐   Settlement conference scheduled for ___ in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending: By ___, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒   Other: Motion DE[125] argued. TRO granted to the extent set forth on the record. Verizon is directed to order the decision and file by Friday.

   SO ORDERED

   /s/ Gary R. Brown
   GARY R. BROWN
   United States Magistrate Judge